UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00089-GNS

CHRISTOPHER SHAW                                                              PLAINTIFF

v.

SERVICE ONE CREDIT UNION, INC.                                        DEFENDANT

## **ORDER**

This matter is before the Court on Defendant's Motion to Dismiss (DN 6).  In response, Plaintiff filed the First Amended Complaint (DN 17).  Because the First Amended Complaint subsumes the allegations in the prior complaint, the Court will deny this motion as moot.  *See Herran Props., LLC v. Lyon Cnty. Fiscal Ct.*, No. 5:17-CV-00107-GNS, 2017 WL 6377984, at *2 (W.D. Ky. Dec. 13, 2017) (citing *Cedar View, Ltd. v. Colpetzer*, No. 5:05-CV-00782, 2006 WL 456482, at *5 (N.D. Ohio Feb. 24, 2006)); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000)).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (DN 6) is **DENIED AS MOOT**.

Greg N. Stivers, Chief Judge
United States District Court

October 12, 2022

cc:      counsel of record