UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00089-GNS

CHRISTOPHER SHAW                                                                                        PLAINTIFF

v.

SERVICE ONE CREDIT UNION, INC.                                                           DEFENDANT

## JUDGMENT

This matter is before the Court on Defendant's Motion to Dismiss (DN 22), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

April 11, 2023

cc: counsel of record